UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Frances Justice v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10883-DRH |
| *Whitney Bolling v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10824-DRH |
| *Breann Kunkle v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10800-DRH |
| *Evanda Carter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10795-DRH |
| *Serena Holden v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10726-DRH |
| *Jenny Talasazan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10727-DRH |
| *Pamela Barr v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10701-DRH |
| *Courtnee Sellner v. Bayer Corporation, et al.* | No. 13-cv-10694-DRH |
| *Aisha Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10616-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on March 18, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

        **JUSTINE FLANAGAN,**
        **ACTING CLERK OF COURT**

        BY:   /s/*Caitlin Fischer*
        **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.18 09:48:24 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT